```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 38189
   EDWARD G THALHAMMER
   IRENE THALHAMMER                              CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1998      SSN XXX-XX-0258
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 10/14/2004 and was confirmed 01/10/2005.

The plan was confirmed to pay secured creditors 100% and unsecured creditors an estimated 100.00% from remaining funds.

The case was paid in full 08/11/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| DISCOVER FINANCIAL SERVI | UNSECURED | 6442.85 | .00 | 6442.85 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | .12 | .00 | .12 |
| DAIMLER CHRYSLER FINANCI | SECURED | 9456.00 | 1240.17 | 9456.00 |
| HOMETOWN MORTGAGE & FINA | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 1408.02 | .00 | 1408.02 |
| WELLS FARGO HOME MORTGAG | SECURED NOT I | 1289.07 | .00 | .00 |
| THOMAS J POLINSKI | DEBTOR ATTY | 1,800.00 | | 1,800.00 |
| TOM VAUGHN | TRUSTEE | | | 1,262.21 |
| DEBTOR REFUND | REFUND | | | 274.77 |

Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 21,884.14 | |
| PRIORITY | | .00 |
| SECURED | | 9,456.00 |
|    INTEREST | | 1,240.17 |
| UNSECURED | | 7,850.99 |
| ADMINISTRATIVE | | 1,800.00 |
| TRUSTEE COMPENSATION | | 1,262.21 |
| DEBTOR REFUND | | 274.77 |
| TOTALS | 21,884.14 | 21,884.14 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 38189 EDWARD G THALHAMMER & IRENE THALHAMMER